IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LANDERS AUTO GROUP NUMBER ONE, INC.                          PLAINTIFF

vs.                             NO: 4:07CV00921 BSM

CONTINENTAL WESTERN INSURANCE COMPANY                 DEFENDANT

## JUDGMENT

Pursuant to the order entered this date, judgment is entered in favor of defendant and against plaintiff; the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 6th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE